JEANNETTE WILLIAMS v. BOARD OF EDUCATION
OF PLAINFIELD.

February 9, 1981.

Petition for certification denied. (See 176 *N.J.Super.* 154)

IRENE M. CURRAN v. KIM INSTITUTE OF
REHABILITATION MEDICINE.

February 9, 1981.

Petition for certification granted.

FREDERICK BITTNER, JR.

v.

LONG BEACH SEWERAGE AUTHORITY.

February 9, 1981.

Petition for certification denied.

CHARLES HARRIS v. OWENS–ILLINOIS, INC.

February 9, 1981.

Petition for certification denied.